IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARY E. CANNING, | |
|---|---|
| Plaintiff, | 4:18CV3023 |
| vs. | |
| CREIGHTON UNIVERSITY, | **PROGRESSION ORDER** |
| Defendant. | |

IT IS ORDERED that the final progression order (Filing No. 23) is amended as follows:

1) The trial and pretrial conference settings in the case are continued pending further order of the court.

2) A status conference to discuss the status of case progression and potential settlement will be held with the undersigned magistrate judge on October 17, 2018 at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deposition deadline is December 14, 2018.

4) The deadline for filing motions to dismiss and motions for summary judgment is October 29, 2018.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

Dated this 7th day of August, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge