IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY E. CANNING, | ) | Case No. 4:18-cv-03023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CREIGHTON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CREIGHTON UNIVERSITY'S INDEX OF EVIDENCE
IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Defendant Creighton University ("Defendant" or "Creighton") submits this Index of Evidence in support of its Motion for Summary Judgment (Filing No. 45). Attached to this Index are true and correct copies of the following exhibits:

1. Excerpts from the deposition of Plaintiff Mary E. Canning, M.D. ("Plaintiff" or "Dr. Canning"), including the following exhibits:

- Deposition Exhibit 1;
- Deposition Exhibit 3;
- Deposition Exhibit 5;
- Deposition Exhibit 7;
- Deposition Exhibit 10;

- Deposition Exhibit 11;
- Deposition Exhibit 12;
- Deposition Exhibit 13;
- Deposition Exhibit 14;
- Deposition Exhibit 16;
- Deposition Exhibit 17;
- Deposition Exhibit 18; and
- Deposition Exhibit 19.

2. Declaration of Erica Cichowski, M.D., including the following exhibits:

- Exhibit A (Dr. Cichowski's notes from the February 12, 2016 meeting with Dr. Canning);
- Exhibit B (Dr. Cichowski's notes from the February 18, 2016 meeting with Dr. Canning); and
- Exhibit C (Dr. Cichowski e-mail to Dr. Porter, dated December 30, 2016).

Date: October 29, 2018

CREIGHTON UNIVERSITY, Defendant

By:    */s/ Henry L. Wiedrich*
David R. Buntain (#10506)
Henry L. Wiedrich (#23696)
CLINE WILLIAMS WRIGHT
   JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144
(402) 397-1700
(402) 397-1806 (facsimile)
dbuntain@clinewilliams.com
hwiedrich@clinewilliams.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska and the same was electronically transmitted to Plaintiffs' attorney of record, James C. Zalewski, at jzalewski@ozwlaw.com by CM/ECF.

   */s/ Henry L. Wiedrich*

4849-4583-7945, v. 1