RE: Dr. Mary E. Canning
Performance Evaluations received

2015-2016

| | | |
|---|---|---|
| 1. Jolene Fixley | period ending: 8-30-2015 | signed 8-31-15 |
| | 10-25-2015 | 11-4-2015 |
| 2. Nikhil Jagan | 7-31-2015 | 8-5-15 |
| 3. Scott Menalascino | 8-2-2015 | 7-20-2015 |
| 4. Jason Lambrecht | 12-20-2015 | 2-7-2016 |
| | 11-22-2015 | 12-8-2015 |
| 5. Peter Silberstein | 1-3-2016 | 1-19-2015 |
| 6. Bradley DeVrieze | 2-28-2016 | 2-23-2016 |
| 7. Mahmoud Abu Hazeem | 12-20-2015 | 1-13-2016 |
| 8. Jennifer Green | 11-22-2015 | 11-20-2015 |
| | 1-31-2016 | 2-4-2016 |
| | 8-30-2015 | 11-20-2015 |
| | 8-2-2015 | 8-28-2015 |
| 9. Temple Ann Brannon | 9-27-2015 | 10-15-2015 |

2016-2017

| | Session ends | Session due date |
|---|---|---|
| 1. Nathan Birch | 7-31-2016 | 8-3-2016 |
| | 8-28-2016 | 9-4-2016 |
| 2. Erica Cichowski | 7-31-2016 | 8-3-2016 |
| 3. John Hurley | 7-2-2016 | 7-1-2016 |
| 4. Peter Silberstein | 7-31-2016 | 7-3-2016 |
| 5. Michael Davidian | 7-31-2016 | 8-3-2016 |
| 6. Valerie Prescher-Buman | 7-31-2016 | 8-3-2016 |



| | | |
|---|---|---|
| 7. Jessica Novotny | 7-31-2016 | 8-3-2016 |
| 8. Carolyn Manhart | 11-20-2016 | 11-23-2016 |
| | 7-31-2016 | 8-3-2016 |
| 9. Mohsin Mirza | 8-28-2016 | 8-23-2016 |
| | 12-26-2016 | 12-21-2016 |
| 10. Bradley DeVrieze | 10-23-2016 | 10-26-2016 |
| 11. Mahmoud Abu Hazeem | 8-15-2016 | 8-23-2016 |
| | 12-5-2016 | 12-14-2016 |
| 12. Venkata Andukuri | 12-18-2016 | 12-14-2016 |
| 13. Joleen Fixley | 9-25-2016 | 9-20-2016 |