

CREIGHTON UNIVERSITY SCHOOL OF MEDICINE
GRADUATE MEDICAL EDUCATION
Internal Medicine Residency Training Program



EXHIBIT
3
7-23-18 Sr

January 22, 2016

TO: Mary Beth Canning
FROM: Tammy Wichman, M.D. Program Director,
RE: Notice of Non-Promotion of GME Program Agreement for 2016-17

The Clinical Competency Committee (CCC) met on December 18, 2015 to review resident progress. Residents are required to demonstrate adequate progress within each milestone before advancing to the next level of training. The committee completed their semiannual review of your progress, and determined that your progress in the areas of patient care, medical knowledge, system based practice and professionalism has neither reached the level necessary to supervise nor for promotion to the next level of training.

You are required to repeat your first year of training under direct supervision effective July 1, 2016 through June 30, 2017. The ABIM will not recognize a repeated year toward your Board certification. The CCC will continue to monitor your progress. In accordance with the Graduate Medical Education policy, a house staff physician may only repeat the year once. Failure to be successful after an additionally twelve months of training could result in termination from the program.

The subcompetencies outlined below are the areas that are deficient:

**Subcompetency: Develops and achieves comprehensive management plan for each patient. (PC2)**
- Milestone expectation: Appropriately modifies care plans based on patient's clinical course, addition data, and patient preferences

**Subcompetency: Manages patients with progressive responsibility and independence. (PC3)**
- Milestone expectation: Independently manages patients across inpatient and ambulatory clinical settings who have a broad spectrum of clinical disorders
- Milestone expectation: Seeks additional guidance and/or consultation as appropriate

**Subcompetency: Possesses sufficient medical knowledge required to provide care for common medical conditions and basic preventive care (MK1)**
- Milestone expectation: Develops sufficient scientific medical knowledge required to provide care common medical conditions and basic preventative care

**Subcompetency: Effectively recommends and interprets diagnostic testing and procedures (MK2)**
- Milestone expectation: Accurately predicts pre-test probability to recommend appropriate diagr testing and obtain informed consent
- Milestone expectation: Accurately interprets diagnostic results and incorporates into the plan o

**Subcompetency: Monitors practice with a goal for improvement. (PBLI1)**
- Milestone expectation: Recognizes sub-optimal practice or performance as an opportunity for and self-improvement

Department of Medicine • 601 North 30th Street, Suite 5850 • Omaha
phone: 402.280.4210 • resapp@cr

**Subcompetency: Learns and improves via performance audit. (PBLI2)**
- Milestone expectation: Analyzes own clinical performance data and actively works to improve performance

**Subcompetency: Learns and improves via feedback. (PBLI3)**
- Milestone expectation: Consistently incorporates feedback

**Subcompetency: Accepts responsibility and follows through on tasks. (PROF2)**
- Milestone expectation: Prioritizes multiple competing demands in order to complete tasks and responsibilities in a timely and effective manner

Because your progress within the milestones outlined by the ACGME has been inadequate, your training is being extended. Dr. Theresa Townley will provide mentoring and close supervision of your progress. The Clinical Competency Committee will monitor your progress with a quarterly review of your milestones progress. The program is confident you will succeed and become an independent practicing physician.

For information about Non-Promotion of the GME Program Agreement, please see the GME Institutional Policy for Resident Eligibility, Selection, Evaluation, and Advancement policy. The Program's decision not to promote you to the next educational level may be grieved. The GME Grievance policy is attached for your reference.

A copy of this document will be placed in your program personnel file with a copy sent to the DIO.

_____  
Tammy Wichman, M.D.          DATE  
Erica Cichowski, M.D.  
Program Director, Internal Medicine Training Program

_____ 1-22-16  
Bradley DeVrieze, M.D.       DATE  
Associate Program Director

I have received a copy of this document (and attachments if applicable).

_Mary E. Canning_ 1-22-2016  
Marybeth Canning          DATE  
House Staff Physician

Attachments:
1. GME Grievance Policy
2. Institutional Policy For Resident Eligibility, Selection, Evaluation, and Advancement policy