Dear Dr. Canning,

The Internal Medicine CCC has asked me to meet wi[th you to] help facilitate a plan of remediation for you repeatin[g your] PGY1 experience. The purpose is to help provide a [successful] experience that results in your promotion to PGY2 a[t the end] of the year.

I will also be working in consultation with the CCC to [help] structure the learning experiences to be most effect[ive and] useful in achieving these goals.

Please contact the GME administrative assistant We[ndy] Ziegler email above to schedule a time when we ca[n meet].

Thank you,

Geoffrey Anderson, PhD
gca08384@creighton.edu

Adjunct Assistant Professor, Psychiatry
Director of Academic Affairs,
Graduate Medical Education
Creighton University School of Medicine

(dated February 9, 2016;  I responded  2-13-2016;

