## Wollen, Maria A

**From:** Porter, Joann L
**Sent:** Friday, February 26, 2016 11:00 AM
**To:** Ziegler, Wendy S.
**Subject:** FW: Request for copy of record of our meeting on Feb 16

For her file

**From:** Porter, Joann L.
**Sent:** Friday, February 26, 2016 11:00 AM
**Subject:** RE: Request for copy of record of our meeting on Feb 16

Hi Mary Beth,
Maria supplied the documentation of Dr. Anderson's record of your visit with him to you yesterday by email to your Creighton address. If you did not receive it please let me know.
Joann Porter

**From:** Canning, Marybeth E.
**Sent:** Friday, February 26, 2016 10:45 AM
**To:** Anderson, Geoffrey C. <GeoffreyAnderson@creighton.edu>
**Cc:** Erica Cichowski <Erica.Cichowski@va.gov>; Porter, Joann L. <JoannPorter@creighton.edu>
**Subject:** Request for copy of record of our meeting on Feb 16

February 26, 2016

Dr. Anderson,

Hope you are well.

I am writing to request a copy of the record/assessment of me made by you on the date our meeting on Feb 16, 2016 if I am entitled to receive a copy of it.

Please let me know if I may receive a copy or, that I am not entitled to it. If I am, if you could email it to me at your earliest convenience that would be appreciated.

Thank you and have a nice weekend.

Sincerely,

Mary E. Canning

