# Creighton
## UNIVERSITY

Graduate Medical Education

School of Medicine
601 North 30th Street, Suite 1609
Omaha, Nebraska 68131
phone: 402.280.4675 • fax: 402.280.1237

February 18, 2016

Mary Beth Canning, M.BChB
9511 Brentwood Drive, Apt#: 82
LaVista, Nebraska, 68128

Dear Dr. Canning,

This letter is to confirm that you are being notified today, February 18, 2016 that your residency program contract for the Creighton University Internal Medicine Program will not be renewing the contract year for July 1, 2016 through June 30, 2017. This decision was made in accordance with the Graduate Medical Education Institutional policy for Resident Eligibility, Selection, Evaluation, Advancement and Non-Promotion and Non-Renewal.

_____
Erica Cichowski, M.D.
Internal Medicine Residency Training Program Director
Creighton University School of Medicine

Witnessed:

_____  2/18/16
Joann Porter, M.D.
Associate Dean for Graduate Medical Education, Designated Institutional Officer
Creighton University School of Medicine

Acknowledged by:

I have received a copy of this document and the following policy: Graduate Medical Education Institutional policy for Resident Eligibility, Selection, Evaluation, Advancement and Non-Promotion and Non-Renewal, **and** Resident Due Process & Grievance Policy.

_____  2-18-2016
Mary Beth Canning, M.BChB        Date

