February 27, 2016

Dr. Joann Porter
Associate Dean for GME and
CUCM GME Ombudsperson
601 North 30th St. Suite 1609
Omaha, NE 68131

Re: CUMC GME Policy: Resident Grievance Policy; Section IV A. 2

Dr. Porter,

RE: Training issues during a rotation; Grievance
Also referencing Dr. Anderson's memo about me dated February 16, 2016 citing "no training stressors"
I would like to add this to my personnel file and record as a training stressor during the month of December 2016

Narrative:

I met Dr. Gaurev Goyal during my rotation at the VA after July 1, 2016. We meet in the cafeteria and saw each other on the wards, and I thought he was quite friendly and outgoing. When the QI projects lists came out I signed up for 2 of 3 choices on Dr. Goyal's project.

At the VA, (I think it was Block 2, August, Dr. Melanie Miller was my supervisor and Dr. Fixley as Attending) unfortunately one of my patients died. The patient had as I recall, End stage Liver disease and recurrence of a fistula. I cared for the patient during the day and checked out to the night team, Dr. Lindsay Utley, 1st yr intern. I found the patient early in the am in severe pain and bleeding into his catheter bag. After contacting the night team about the patient I also called Melanie, (who was driving into the hospital). I initiated action to get the patient transferred to the ICU. The patient later coded and died in the ICU. Dr. A. B 3rd yr in the ICU was let go around this time. At around same time frame, I ended up sitting near Dr. Goyal at VA noon conference and he asked me why I had transferred this patient to the ICU, stating "he was going to die anyway". I answered because the patient was bleeding to death. I wondered if Dr. Goyal and Dr. A.B. were friends. I was extremely uncomfortable with this comment and afterwards resubmitted my requests for QI projects not to be on Dr. Goyal's QI team. I also talked to Mahesh about being on one of his projects. When QI assignments came out I was on Dr. Goyal's team which I wasn't happy about but just decided to go with it.

After first four blocks at VA I came over to CUMC in November. For Block 6 in December I had Internal Medicine with Dr. Lambrecht as the Attending, Dr. Goyal as my supervisor. At the end of my rotation Dr. L did feedback and asked me how things were going with Dr. Goyal. I responded that not very well, and that I had to deal with many "mistruths" with Dr. G that I did

Exhibit 10(b)


EXHIBIT
13
7-23-18 S

not like. I also stated that Goyal had told me he didn't care about notes getting done he was more focused on labs and other test results data in the am. I said yes this was very important, but I also had to get patient notes done which was my job and also important to the attending. Dr. L told me to let him know if Dr. G gave me "a hard time". When I came out of Dr. L's office, Dr G was waiting outside the door for his turn for evaluation. The door was partially ajar so I wasn't sure if Dr. G had heard my conversation, and suspected that he might have. He did not look very happy. I believe Dr. L talked to Dr. G about giving me more time and space in the early am so I could get notes done and review morning labs and data.

Still in December 2015 I believe Dr. Fox took over next as the attending and Dr. Goyal continued as my supervisor with Dr. Roy Norris as co-intern. We had sit down rounds in Dr. Fox's office. One am we were talking about one of my patients and I believe changing the dose on prednisone. Dr. Goyal said "I changed the order", meaning he had already done it. (to me this could mean past present or future, or even that I or someone else had done it when Dr. Goyal would say "I did it"). I told Dr. Goyal that I didn't think he had changed the order, and that I thought it hadn't been changed since last Dr. Lambrecht changed it). Dr. Goyal did not like this exchange particularly in front of Dr. Fox, nor did I. I had my laptop with me, and Dr. Goyal said to me dismissively, "Put the order in". I said "I don't understand what you're talking about, since you just said you put the order in." Anyway the order got put in. The atmosphere between Dr. Goyal and I was tense and I felt like he was "running me around all the time". I felt like he was talking about me negatively and in particular remember seeing one of my fellow interns with whom I was usually friendly with, uncharacteristically unfriendly towards me.

Continuing in December, another time under Dr. Fox as the attending, I had a patient, developmentally disabled from Glenwood. He developed a mucus plug in his tracheostomy tube and Pulmonary decided to have this patient undergo a procedure to remove the plug. I went done to check on the patient where he had the procedure done, spoke to staff there who told me the procedure had gone well and the patient in good condition. The patient was returned to 4600. I saw the patient early the next morning and he was still doing well. I presented the patient to Dr Fox and team at sit down morning rounds. As I was presenting this patient and stating the patient had done well post procedure, Dr. Goyal dramatically interrupted me throwing up his hands, "This is a bad presentation" and saying in fact the patient did not do well post procedure and the patient is having problems. I asked Dr. Goyal after rounds what was going. He told me I was unprepared and that the patient was not doing well. I asked him who he spoke with from Pulmonary about the patient and how the patient did post procedure the day before. Dr. Goyal told me he spoke with one of my fellow interns on Pulmonary. I checked with that intern and he told me, "No Dr. Goyal never spoke with me". What happened is that the patient did start to deteriorate in the am after I saw the patient. Dr. Goyal saw the patient later in the morning, after I did and before morning rounds. The patient was then going to be transferred to ICU and when Dr. Goyal heard this he got on the phone and stated he could continue to care for this patient, (and me as the intern) and wanted the patient in CCU where our team would continue to take care of this patient.

**Exhibit 10(b)**

We continued on with Dr. Abu-Hazeem as our Attending for a short period. We had a patient with Benzodiazepine withdrawal. I remember when I didn't know the correct answer to the drug to treat Benzo withdrawal   Dr. Goyal made a joke about "the dementia".   Another instance was when Dr Goyal texted me about a talking new admit at precisely 4:55 pm, when official cut-off time is 5:00pm. Usually the supervisor will text you earlier to let you know there is a new admit on the way. I was scheduled to work that weekend, so was hoping to get out on time.

Dr. Abu-Hazeem gave us feedback. In my session with Dr. Abu-Hazeem he told me noticed things were not good between Dr. Goyal and myself. Dr. Abu-Hazeem told me he spoke to Dr. Goyal and things did improve after that.

Respectfully submitted,

Mary E. Canning

Exhibit 10(b)