

# School of Medicine

## Graduate Medical Education
## Internal Medicine Residency Training Program

TO: Dr. Mary Beth Canning
FROM: Dr. Erica Cichowski, Program Director, Internal Medicine
RE: Termination of Mary Beth Canning 1/3/2017
DATE: January 3, 2017

### Corrective Action
On December 20, 2016, you were placed on probation for deficiencies in Medical Knowledge and Patient Care skills. At that time, we discussed that patients must continue to receive high quality care from you, with ongoing direct supervision by your supervisors and attending physicians. On December 25, 2016, the Program Director was notified of a significant patient safety near miss occurred due to an error of omission, despite direct supervision from your supervisor and attending. Because maintaining patient safety is our top concern, the Program Director and the Clinical Competency Committee (CCC) recommend your dismissal on Tuesday January 3, 2017.

### Reasons for the Corrective Action
A patient, admitted for acute on chronic pulmonary embolism, was nearly discharged on 12/24/16 by you without anticoagulants despite attending and supervisors' efforts to review the discharge plans with you in detail. Your explanation to your supervisor that you must have neglected to restart the patient's home medications upon discharge suggests that you did not have knowledge or understanding of the sole purpose of the patient's admission: she failed the Coumadin she'd been on at home and needed to be changed to a novel anticoagulant agent.

### Milestones Assessment: Patient safety concerns are based on your significant deficiencies in:

#### Patient Care 3 as you cannot do the following:
- Advance beyond the need for direct supervision in the delivery of patient care
- Manage patients who require urgent or emergent care
- Assume responsibility for patient management decisions

#### Medical Knowledge 1 as you:
- Possess insufficient scientific, socioeconomic and behavioral knowledge required to provide care for common medical conditions.

#### Medical Knowledge 2 as you:
- Inconsistently interpret basic diagnostic tests accurately

#### Systems Based Practice 1 as you:
- Frequently require reminders from the team to complete physician responsibilities
- Frustrate team members with inefficiency and errors

#### Systems Based Practice 2 as you:
- Make decisions that could lead to error which are otherwise corrected by the system or supervision


EXHIBIT 19
7-23-18 PJT

Mary Beth Canning, MD
Internal Medicine Program
Corrective Action (Dismissal)

2

### Systems Based Practice 4 as:
- Written and verbal care plans during times of transition are incomplete or absent
- Inefficient transitions of care lead to unnecessary expense or risk to the patient

### Practice Based Learning & Improvement 3 as you:
- Temporarily or superficially adjust performance based on feedback

### Practice Based Learning & Improvement 4 as you:
- Fail to acknowledge uncertainty and revert to a reflexive patterned response even when inaccurate

### Professionalism 2 as you are:
- Consistently unreliable in completing patient care responsibilities or assigned tasks

### Conclusion of CCC and The Program Director
With the documentation we have outlining serious competency concerns, your failure to adequately improve performance to this point, your need for ongoing direct supervision and now, despite supervisor and attending efforts, an egregious patient safety near miss, the Program Director and CCC have no choice but to proceed to termination.

### Right to Appeal
The Corrective Action Policy and the Resident Due Process and Grievance Policy are attached to this document. You have the right to appeal this recommendation. This request "must be made in writing by the Resident to the Program Director within seven days after receipt of the written notice of the adverse action." Failure to request a hearing constitutes a waiver of all rights to appeal.

### Summary
Following a thorough review of your performance, the Clinical Competency Committee recommends that you be dismissed from the residency program.

_Erica Cichowski_ 1-5-17
Erica Cichowski MD Program Director   Date

_John Hurley_ 1/5/17
John Hurley MD, CCC Member   Date

I have received a copy of this document (and attachments if applicable).

_____
Marybeth Canning MD     Date

Attachments:
GME Corrective Action Policy and Grievance Policy

CC: Graduate Medical Education Office