DEPOSITION OF VENKATA ANDUKURI, M.D.          DECEMBER 17, 2018
CANNING vs CREIGHTON UNIVERSITY

---

**Page 1**

```
 1                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF NEBRASKA
 2
    MARY E. CANNING,                    )
 3                                      )
              Plaintiff,                )  Case No. 4:18 CV-03023
 4                                      )
         vs.                            )
 5                                      )
    CREIGHTON UNIVERSITY,               )
 6                                      )  DEPOSITION OF
              Defendant.                )  VENKATA ANDUKURI, M.D.
 7  _____)
 8
 9
10
11          DEPOSITION OF VENKATA ANDUKURI, M.D., taken before
12    Tammy J. Hetherington, RPR, CSR, and General Notary Public
13    within and for the State of Nebraska, beginning at 3:24 p.m.,
14    on Monday, the 17th of December, 2018, at 12910 Pierce
15    Street, Suite 200, Omaha, Nebraska, to be read in evidence on
16    behalf of the plaintiff, pursuant to the Federal Rules of
17    Civil Procedure and the within stipulations.
18
19
20
21                    TAMMY J. HETHERINGTON, RPR, CSR
22                            MTDS Reporters
                       7602 Pacific Street, Suite LL101
23                         Omaha, Nebraska  68114
                               402-397-9669
24                          www.mtdsreporters.com
25
```

---

**Page 2**

```
 1                          APPEARANCES

 2    For the Plaintiff:      Mr. James C. Zalewski
                              Attorney at Law
 3                            575 Fallbrook Boulevard
                              Suite 100
 4                            Lincoln, Nebraska  68521
                              jzalewski@ozwlaw.com
 5
      For the Defendant:      Mr. David R. Buntain
 6                            Attorney at Law
                              12910 Pierce Street
 7                            Suite 200
                              Omaha, Nebraska  68144
 8                            dbuntain@clinewilliams.com

 9    Also Present:           Ms. Mary Canning
                              Mr. David Meiergerd
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1                          I N D E X
 2                                                    Page
 3
 4    DIRECT EXAMINATION BY MR. ZALEWSKI                4
 5
 6                          E X H I B I T S
 7    No.   Description                              Page
 8     1    1/19/17 HMS - End of Service Evaluation for  10
            Interns
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1             (Whereupon, the parties have stipulated to waive
 2        Nebraska Rule 6-330, Sections 8(A) and (C),
 3        and the following proceedings were had, to wit:)
 4                    VENKATA ANDUKURI, M.D.,
 5             having been first duly sworn,
 6        was examined and testified as follows:
 7                    DIRECT EXAMINATION
 8    BY MR. ZALEWSKI:
 9    Q.  Will you state your name and address for the record,
10        please.
11    A.  My name is Venkata Andukuri, and my address -- do you
12        need my home address?
13    Q.  You can do home or business, whatever.
14    A.  Business is 7710 Mercy Road, Suite 300, Omaha,
15        Nebraska, 68124.
16    Q.  Dr. Andukuri, my name is Jim Zalewski.  I'm
17        representing Mary Beth Canning in a case she's filed in
18        Federal Court against Creighton University.  I'm going
19        to ask you some questions about your knowledge of some
20        aspects of that case today.  Have you ever had your
21        deposition taken before?
22    A.  No.
23    Q.  All right.  I'm just going to give you some of the
24        ground rules, how it works, then you'll be familiar
25        with what we do.  I'm going to ask you questions about
```

(Timestamps in left margin of Page 4: 03:24PM at line 10, 03:24PM at line 15, 03:25PM at line 20, 03:25PM at line 25)

DEPOSITION OF VENKATA ANDUKURI, M.D.                    DECEMBER 17, 2018
CANNING vs CREIGHTON UNIVERSITY

---

**5**

1    some aspects of the case, and everything we ask, and
2    what your answers are, are going to be taken down in
3    writing.  You're under oath, so we're looking for your
4    best testimony and recall that you have.
03:25PM 5        If I ask a question, and you don't understand it,
6    tell me, and I'll try to rephrase it.  If you don't ask
7    me to rephrase it, I'm going to assume you understood
8    my question; is that all right?
9    A.   Uh-huh.
03:25PM 10   Q.   All right.  The second thing is, we need to have you
11   give an audible answer to my questions.  So if you nod
12   your head or shrug your shoulders, I know what you
13   mean, but the court reporter needs a yes or a no, so
14   please respond audibly.
03:25PM 15   A.   Sure.
16   Q.   Mr. Buntain is here to represent you and Creighton.  If
17   you need to take a break, for any reason, or to talk to
18   him about something, you can do that off the record;
19   however, I would ask that you answer the pending
03:26PM 20   question before you take the break, all right?
21   A.   Okay.
22   Q.   Finally, are you under the influence of any kind of
23   drugs or medication or anything that might, in any way,
24   inhibit your ability to understand questions or give
03:26PM 25   answers today?

---

**6**

1    A.   No.
2    Q.   Great.  Would you tell me a little bit about your
3    educational background and your professional work?
4    A.   So I'm a hospitalist by training, and what that means
03:26PM 5    is, you know, I do mostly inpatient internal medicine
6    care.  And I was trained in India, and then I came here
7    and did my residency at Creighton, and I have a
8    Master's in public health as well.  So my current job
9    description is, essentially, I'm a core faculty in the
03:26PM 10   internal medicine department.  I teach quality
11   improvement and research, other than being on rounds on
12   the floor with residents.
13   Q.   When would you have completed -- did you go to medical
14   school in India?
03:26PM 15   A.   Yes.
16   Q.   When did you complete that?
17   A.   In 2000.
18   Q.   And then you came to Creighton for a residency right
19   then?
03:27PM 20   A.   I came here, and I did a Master's in public health, and
21   then I started my residency in 2006.
22   Q.   So 2006 to 2008, about that?
23   A.   '09.
24   Q.   '09, okay.  Then, after 2009, you've been working for
03:27PM 25   Creighton in the hospital, as a hospitalist, and as

---

**7**

1    faculty?
2    A.   Actually, not.  So I was a chief resident at the VA
3    from 2009 to 2010, and then from 2010 to 2013, mid-'13,
4    I believe I was in Columbus, Nebraska, as a
03:27PM 5    hospitalist.  Then I came to Immanuel Hospital in
6    Omaha.  I worked there until early 2016, so March of
7    2016, and then I started working at Creighton since.
8    Q.   Since March of 2016?
9    A.   That is correct.
03:27PM 10   Q.   And in working at Creighton, do you supervise
11   residents, also, when they're doing their training on
12   rotations?
13   A.   That is correct.  So my job as a core faculty member of
14   the division, my job is to kind of supervise residents,
03:28PM 15   and usually I round with the residents, yes.
16   Q.   Okay.  This would be, what, then, your second or third
17   year of having residents?
18   A.   My third year, yes.
19   Q.   How many do you usually have at a time in a rotation
03:28PM 20   like that?
21   A.   How many?
22   Q.   How many residents do you teach in a given year, let's
23   say?
24   A.   So last year was a little different because I round
03:28PM 25   about 12 weeks a year.  So my job is, you know, I do it

---

**8**

1    half-time, the other quality and research piece, half
2    was rounding with the residents.  So each time I round,
3    say 12 weeks, each time I round, usually, I have one
4    senior resident and two interns.
03:28PM 5    Q.   Was it that way in 2016?
6    A.   It was the same, yes.
7    Q.   Were you ever on the Clinical Competency Committee in
8    2016?
9    A.   CCC, yes, I was.  I started in July of 2016.
03:29PM 10   Q.   Did you attend the monthly meetings of the CCC?
11   A.   Yes.
12   Q.   Did you usually attend those?
13   A.   Most -- yeah, most of the times.
14   Q.   Do you recall working with Mary Beth Canning as a
03:29PM 15   resident in December of 2016?
16   A.   Yes, I do.
17   Q.   What do you recall about that?
18   A.   Well, I guess it's in my evaluation, essentially.  So,
19   basically, I knew, because I was part of the CCC, I
03:29PM 20   knew that, you know, she was under review -- or I
21   cannot recall the status, but that's what she was then,
22   I think.  And so, you know, during my -- I went in,
23   obviously, unbiased, which, you know, we don't
24   typically do, so -- knowing that she's under review
03:30PM 25   status and things like that.

---

DEPOSITION OF VENKATA ANDUKURI, M.D.          DECEMBER 17, 2018
CANNING vs CREIGHTON UNIVERSITY

---

9

1       So when I started off, you know, usually, we have
2       a two-week period that we round.  After the first week,
3       I do give feedback to see where they are, usually,
4       typically, for interns.  In fact, typically, for
03:30PM 5   everybody, for that matter.  And then, again, we
6       revisit in another week.
7           So, I mean, what I recall is, you know, there was
8       some knowledge gaps in her.  She was also having
9       difficulty with the workflow, in general, so that's
03:30PM 10  what I kind of mentioned.
11   Q.  Let me ask you to go back to what you said about that
12       first week meeting and feedback.  Do you remember what
13       kind of feedback you gave that first week?
03:31PM 14   A.  So that's what I wanted her to focus on is her workflow
15       and make sure that she's attentive to what she's doing
16       on a day-to-day basis, make sure she accomplishes what
17       she started off with, and I also did mention that there
18       was, you know, some need for, you know, knowledge.
19       There was -- I observed that her knowledge was not
03:31PM 20   enough to take care of patients at that point in time,
21       to paraphrase it, if you will.
22   Q.  You mentioned an evaluation.  I'm going to show this to
23       you.
24           (Exhibit 1 marked for identification.)
03:31PM 25   Q.  (BY MR. ZALEWSKI)  Dr. Andukuri, the court reporter has

---

10

1       handed you what we've marked as Exhibit 1, and this
2       appears to be the evaluation of Mary Beth Canning that
3       you completed.  First of all, if you want to look
4       through, tell me when you're done, and I just have a
03:32PM 5       couple of questions to ask you about that.  So if you
6       want to review everything, you can tell me when you're
7       ready.
8   A.  (Witness reviewing Exhibit 1.)  I'm ready.
9   Q.  Have you completed?  First of all, are the marks you
03:33PM 10   gave her on the evaluation accurate, to the best of
11       your knowledge?
12   A.  At that point in time, yes.
13   Q.  The second thing I wanted to ask you about is on your
14       written comments on that last page, the overall
03:33PM 15   comment; do you see that?
16   A.  Uh-huh.
17   Q.  The last sentence talked about she has made progress
18       compared to last year.  You didn't teach her in any
19       capacity that last year, did you?
03:34PM 20   A.  No.
21   Q.  Okay.  Would you just look at somebody else's notes or
22       evaluations?
23   A.  I didn't look at it, but then as part of CCC, you know,
24       we do get that access, yes.
03:34PM 25   Q.  Okay.  I just wondered what the comparison was.

---

11

1       Now, it looks like she worked on a rotation with
2       you from December 6th to December 18th of 2016?
3   A.  Uh-huh, yes.
4   Q.  Do you know why this wasn't completed until January 19,
03:34PM 5       2017?
6   A.  So, typically, you know, we have a time of about
7       30 days to complete this stuff, so that's a typical
8       time.  I don't think it was any -- in fact, I don't
9       think it was delayed, by any means.
03:34PM 10   Q.  I was going to say, did you put it aside, or did
11       anybody tell you to not do it on time, or a certain
12       time, or anything like that?
13   A.  That is a typical timeline, I would say.  It varies
14       sometimes.  I mean, it depends on how busy I get, but
03:35PM 15   then the feedback was, obviously, timely.
16   Q.  Now, when the CCC was meeting about Mary Beth Canning
17       in December, even though this evaluation was not done,
18       did you report to them any of your personal feedback at
19       the CCC meetings?
03:35PM 20   A.  I don't recall that.
21   Q.  I just wondered if, being on the committee, somebody
22       might have said, you've just recently had her, what
23       were your observations?  Do you recall anything like
24       that?
03:35PM 25   A.  I don't, unfortunately, no.

---

12

1   Q.  When you worked with Mary Beth in December of 2016, she
2       recalls there were some other members of the team,
3       Dr. Jeff Macaraeg, who was a third-year resident
4       supervisor; does that sound right?
03:35PM 5   A.  Yes, uh-huh.
6   Q.  Three medical students, and a co-intern was Dr. Arav
7       Jhand, something like that?
8   A.  Uh-huh, Jhand.
9   Q.  Okay.  Does that sound accurate to you?
03:35PM 10   A.  Yes, uh-huh.
11   Q.  Prior to starting this rotation with Mary Beth Canning,
12       had you had discussion with any other faculty about
13       her?
14   A.  No.  No, I -- that's my answer, no.
03:36PM 15   Q.  I just wondered if it came up at the CCC meetings?
16   A.  So CCC is a protected meeting, so we usually don't
17       discuss that anywhere outside, but I don't -- I didn't
18       have any personal knowledge about her before that,
19       before I worked with her.
03:36PM 20   Q.  When I talked about those other team members, did you
21       complete those performance evaluations for them at
22       about the same time as you did Exhibit 1?
23   A.  I don't recall that either, sorry.
24   Q.  I just wondered if you did them all in a stack, at the
03:36PM 25   same time, or what?

---

---

**17**

CORRECTION SHEET

Upon reading the deposition and before subscribing thereto, the deponent, VENKATA ANDUKURI, M.D., indicated the following changes should be made.

Page   Line   Change/Reason for change:

Page   Line   Change/Reason for change:

Page   Line   Change/Reason for change:

Page   Line   Change/Reason for change:

Page   Line   Change/Reason for change:

Page   Line   Change/Reason for change:

Page   Line   Change/Reason for change:

Page   Line   Change/Reason for change:

_____
VENKATA ANDUKURI, M.D.

Subscribed and sworn to before me this _____ day of _____, 2018.

_____
NOTARY PUBLIC

---

**18**

CERTIFICATE

STATE OF NEBRASKA        )
                         ) ss.
COUNTY OF DOUGLAS        )

    I, TAMMY J. HETHERINGTON, RPR, CSR, and General Notary Public in and for the State of Nebraska, do hereby certify that VENKATA ANDUKURI, M.D., was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth; and that the deposition as above set forth was reduced to writing by me and is a true and accurate transcription of the testimony given by said witness;

    That the within and foregoing deposition was reported by me at the time and place herein specified and in accordance with the within stipulations, the reading and signing of the witness to the deposition having not been waived;

    That I am not counsel, attorney or relative of any of the parties or otherwise interested in the event of this suit.

    IN TESTIMONY WHEREOF, I have placed my hand and Notarial Seal this 26th day of December, 2018.

_____
General Notary Public

---

**19**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARY E. CANNING,                    )
                                    )
        Plaintiff,                  )   Case No. 4:18 CV-03023
                                    )
    vs.                             )
                                    )
CREIGHTON UNIVERSITY,               )
                                    )   COST CERTIFICATE
        Defendant.                  )
_____)

CERTIFICATE OF DEPOSITION OF VENKATA ANDUKURI, M.D.

Taken in behalf of
the plaintiff.

The Original Deposition is in the possession of:

Mr. James C. Zalewski
Attorney at Law
575 Fallbrook Boulevard
Suite 100
Lincoln, Nebraska  68521

Costs:

_____
Tammy J. Hetherington
Notary Public

Date:  12/26/18

---

**20**

DATE:   12/26/18

TO:     VENKATA ANDUKURI, M.D.

RE:     CANNING vs CREIGHTON UNIVERSITY

Enclosed please find a transcribed copy of your deposition.  THIS IS A VALUABLE DOCUMENT, so please take a few minutes at this time to do the following:

1.  Read your deposition thoroughly.  Photocopying or other reproduction of this document without the expressed consent of MTDS Reporters is strictly prohibited.

2.  Make corrections only on the page entitled: CORRECTION SHEET.

3.  Sign on the line indicated on the page entitled CORRECTION SHEET and have that page notarized.

4.  Please return ONLY the Correction Sheet page within 30 days back to me.

5.  Failure to read, sign, and return the Correction Sheet page within said time will be deemed as a waiver of signature.

Sincerely,

Tammy J. Hetherington, RPR

Enclosures

Tammy J. Hetherington, RPR, CSR
MTDS Reporters
7602 Pacific Street, Suite LL101
Omaha, Nebraska  68114
(402)397-9669