## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARY E. CANNING,          )  CASE NO.
                          )  4:18-CV-03023
         Plaintiff,       )
                          )  DEPOSITION TAKEN IN
   vs.                    )  BEHALF OF DEFENDANT
                          )
CREIGHTON UNIVERSITY,     )
                          )
         Defendant.       )

DEPOSITION OF: **MARY E. CANNING**
DATE:  July 23, 2018
TIME:  9:01 a.m.
PLACE: 575 Fallbrook Boulevard, Suite 100,
       Lincoln, Nebraska

## Page 2

APPEARANCES:

APPEARING FOR PLAINTIFF:

Mr. James C. Zalewski
Attorney at Law
575 Fallbrook Boulevard
Suite 100
Lincoln, NE 68521
jzalewski@ozwlaw.com

APPEARING FOR DEFENDANT:

Mr. David R. Buntain
Attorney at Law
233 South 13th Street
Suite 1900
Lincoln, NE 68508
dbuntain@clinewilliams.com

ALSO PRESENT: Andrea Jahn

## Page 3

I-N-D-E-X

| WITNESS | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| M. Canning | 6 | | | |

| EXHIBITS | Marked | Offered |
|---|---|---|
| No. 1 - Physician list | 48 | |
| No. 2 - Faculty evaluations 12/8/15 | 49 | |
| No. 3 - Notice of non-promotion | 59 | |
| No. 4 - CCC milestone review | 69 | |
| No. 5 - Email 2/9/16 | 80 | |
| No. 6 - Faculty evaluations 2/23/16 | 83 | |
| No. 7 - Email 2/26/16 | 103 | |
| No. 8 - Memo | 106 | |
| No. 9 - Memo | 106 | |
| No. 10 - Email 2/26/16 | 106 | |
| No. 11 - Letter 2/18/16 | 114 | |
| No. 12 - Letter 3/7/16 | 115 | |
| No. 13 - Grievance 2/27/16 | 147 | |
| No. 14 - Letter 6/15/16 | 152 | |
| No. 15 - Policies and procedures | 184 | |

## Page 4

| EXHIBITS | Marked |
|---|---|
| No. 16 - Evaluations 7/1/16 to 12/31/16 | 187 |
| No. 17 - Letter 8/23/16 | 192 |
| No. 18 - Memo 12/20/16 | 208 |
| No. 19 - Memo 1/3/17 | 222 |
| No. 20 - FasTrack 2015-2016 | 239 |
| No. 21 - FasTrack 2016-2017 | 242 |
| No. 22 - CCC milestone review | 267 |

**Page 41**

1 hospital, which is not a part of Creighton,
2 isn't that correct?
3 A.	That's correct.
4 Q.	And there would be physicians that
5 supervised you or were the attendings or in
6 charge of the area where you were who were not
7 Creighton faculty, were not full-time Creighton
8 faculty members, isn't that correct?
9 A.	Yes.  Dr. Jennifer Green was one.  And
10 Dr. Novoa and Dr. Menalascino I believe were
11 not Creighton faculty.  They were VA employees.
12 Q.	During your orientation, was it
13 explained to you how you would receive feedback
14 concerning your performance?
15 A.	I believe Dr. Wichman went over it at a
16 noon conference.
17 Q.	And what was your understanding about
18 how you would receive feedback concerning your
19 performance?
20 A.	They do a monthly performance evaluation
21 which are posted online to the resident website
22 portal so that you can review them.
23 Q.	And let's focus on the first semester --
24 A.	Okay.
25 Q.	-- rather than the orientation.  During

**Page 42**

1 that first semester, would you receive verbal
2 feedback from the physicians, including --
3 including the residents, about your
4 performance --
5 A.	Yes.
6 Q.	-- with patients?
7 A.	Dr. Fixley, I've had her now -- between
8 the two years, I've had her a few times.  She
9 does a one-on-one feedback.  And a lot of times
10 she'll do it with Dr. Griffin.
11 	But Dr. Menalascino, I don't believe I
12 had a one-on-one with him.  I had a pretty
13 strong rapport with Dr. Novoa, so he gave me
14 more informal feedback.  Dr. Green also would
15 give written feedback and verbal.
16 Q.	Did you also get verbal feedback from
17 the residents who -- the second and third-year
18 residents on cases or patients that you shared
19 responsibility for?
20 A.	Yes, you do.  Yeah.  Yeah.
21 Q.	And you mentioned then that there is
22 formal written feedback through evaluations, is
23 that right?
24 A.	Right.  There is -- there is verbal,
25 which is I guess sort of optional.  And then

**Page 43**

1 there is a written evaluation that everybody
2 fills out, all the residents, the supervisors,
3 the faculty, the medical students, everybody
4 fills out an evaluation on everybody on the
5 team.
6 Q.	And so you would also provide
7 feedback --
8 A.	Yes.
9 Q.	-- as a first-year resident on the
10 residents that you worked with, is that
11 correct?
12 A.	My co-residents and my supervisor.
13 Q.	And that feedback is provided or done
14 through an online --
15 A.	It's an online form.
16 Q.	-- system?
17 A.	Yeah.
18 Q.	And once that is inputted as to a
19 person -- well, let's say once it was inputted
20 as to you, you could go online and review the
21 feedback about you, is that correct?
22 A.	Right.
23 Q.	And you were aware of that from the
24 beginning of the process, the evaluation system
25 was explained to you?

**Page 44**

1 A.	It was explained in the group, with the
2 group, with the rest of the group, yeah.
3 Q.	And the online feedback mechanism is
4 called --
5 A.	It's called New Innovations.
6 Q.	-- New Innovations?
7 A.	Yeah.
8 Q.	So you started receiving feedback almost
9 immediately after you started?
10 A.	Uh-huh.
11 Q.	Would that be correct?
12 A.	Uh-huh.
13 Q.	And that's a yes?
14 A.	Yes.
15 Q.	And is it important to receive feedback
16 as a resident?
17 A.	Yes.
18 Q.	Was it your understanding that some
19 feedback or evaluations would carry more weight
20 than others in the evaluation process?
21 A.	I think at that point in time when I
22 started, no, I wouldn't know that.  I mean --
23 Q.	Did you know or did you come to know
24 that there were faculty that were identified as
25 the core faculty?

269

1  all I have.
2      MR. ZALEWSKI: Okay. I don't
3  have any questions.
4      Mary Beth, we have talked about if you
5  want to read and sign or waive signature. And
6  you decide that you --
7      THE WITNESS: Waive signature is
8  fine.
9      (Concluded at 3:37 p.m.)

270

1           C-E-R-T-I-F-I-C-A-T-E
2  
   STATE OF NEBRASKA   )
3           : ss.
   COUNTY OF LANCASTER  )
4  
5      I, Sheryl Teslow, General Notary Public
6  in and for the State of Nebraska, do hereby
7  certify that MARY E. CANNING was by me duly
8  sworn to testify the truth, the whole truth and
9  nothing but the truth, and that the deposition
10 by her as above set forth was reduced to
11 writing by me.
12     That the within and foregoing deposition
13 was taken by me at the time and place herein
14 specified and in accordance with the within
15 stipulations; the reading and signing of the
16 witness to her deposition having been waived.
17     That I am not counsel, attorney, or
18 relative of either party or otherwise
19 interested in the event of this suit.
20     IN TESTIMONY WHEREOF, I have placed my
21 hand and notarial seal the 5th day of August,
22 2018.
23     _____
24     Sheryl Teslow, RDR, CRR
25